UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

BRHYIN WILLIAMS,

                                    Plaintiff,

        -against-

NANCY A BERRYHILL,

                                Defendant.

------------------------------------------------------------------------X

For Online Publication Only

**ORDER**
17-CV-1660 (JMA)

**AZRACK, United States District Judge:**

The Court, having read the motion, supporting memorandum, and declaration of Charles E. Binder, attorney for Plaintiff in the above entitled case, requesting an award of attorney's fees in accordance with 42 U.S.C. § 406(b), and upon all the supporting documents annexed thereto, (ECF No. 27), together with the response to the motion filed by Defendant, (ECF No. 29),

**IT IS ORDERED** that attorney's fees be granted in the amount of $18,312.50 which represents 25% of the past due benefits awarded to Plaintiff.[1]

**SO ORDERED.**

Dated: December 2, 2021
Central Islip, New York

                                                                     /s/   (JMA)
                                                                     JOAN M. AZRACK
                                                                     UNITED STATES DISTRICT JUDGE

FILED
CLERK
1:20 pm, Dec 02, 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

---

[1] On June 3, 2019, the Court awarded Equal Access to Justice Act ("EAJA") fees of $5,620. (ECF No. 26.) However, Plaintiff's counsel affirms that he did not receive any of that sum due the United States Department of Treasury using that sum to offset federal debt owed by Plaintiff. (ECF No. 27-2 at ¶ 5; ECF No. 27-3 at 5.) Accordingly, there are no EAJA fees that need to be refunded by Mr. Binder.